UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HOUSTON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action No. 06-2117 (JR)** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

_____

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

The District of Columbia, through counsel, and pursuant to Fed. R. Civ. P. 7(b)(1) and 12(b)(1), moves to dismiss, with prejudice, the Complaint filed December 13, 2006, because the Complaint is untimely filed. This ground is further explained in the memorandum and points of authorities attached hereto.

Respectfully submitted,

LINDA SINGER
Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**May 11, 2007**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM HOUSTON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | Civil Action No. 06-2117 (JR) |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

_____

**MEMORANDUM IN SUPPORT OF DEFENDANT'S**
**MOTION TO DISMISS COMPLAINT**

On December 13, 2006, Plaintiffs filed the Complaint pursuant to the Individuals with Disabilities Education Improvement Act ("IDEIA"), 20 U.S.C. §§1400 *et seq.* seeking relief from an adverse Hearing Officer's Decision ("HOD"). That HOD was issued September 5, 2006. *See Complaint, p. 5.*

Under IDEIA, any party aggrieved by the findings and decisions rendered by a state educational agency "shall have the right to bring a civil action with respect to the complaint presented…in any State court of competent jurisdiction or in a district court of the United States." *20 U.S.C. §1415(i)(2)(A).* 20 U.S.C. §1415(i)(2)(B) provides:

> the party bringing the action shall have **90 days** from the date of the decision of the hearing officer to bring such an action, or, if the State has an explicit time limitation for bringing such action under this part [20 USCS §§ 1411 et seq.], in such time as the State law allows. (Emphasis added.)

In this case the HOD was issued September 5, 2006. Thus, the Complaint should have been filed on December 4, 2006, to be considered timely. The Complaint herein was not filed until December 13, 2006.

This jurisdiction has recognized that the applicable statute of limitations for HOD appeals is 90 days.  *See* R.P. v. District of Columbia, 474 F.Supp. 2d 152 (D.D.C. 2007), (complaint filed on the ninety-first day after the HOD issued was dismissed).  *See also* T.T. v. District of Columbia, No. 06-0207, 2006 WL 1774320, (D.D.C. June 26, 2006); Anthony v. District of Columbia, No. 06-0192, 2006 WL 1442242, (D.D.C. May 22, 2006).

Since the Complaint herein was untimely filed, the Court lacks jurisdiction over this action.  Accordingly, the Complaint must be dismissed with prejudice.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**May 11, 2007**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HOUSTON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action No. 06-2117 (JR)** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

_____

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss Complaint, the memorandum in support thereof, and the record herein, it is this _____ day of _____, 2007

**ORDERED** that Defendants Motion to Dismiss is granted; it is

**FURTHER ORDERED** that the Complaint is dismissed with prejudice.

_____

UNITED STATED DISTRICT JUDGE