UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HOUSTON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action No. 06-2117 (JR)** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

_____

## DEFENDANT'S ANSWER TO COMPLAINT

(Paragraph numbers correspond to the paragraphs in Plaintiffs' Complaint.)

1. Sentence one is Plaintiffs' characterization of the action to which no response is required. If a response is required, then the same is denied. Defendant admits the existence of the statutes named in sentence two, but denies that this Court has jurisdiction thereunder. Sentence three is Plaintiffs' conclusion of law to which no response is required. If a response is required, then the same is denied.

2. Admitted.

3. Admitted as to sentences one and two. Sentence three is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

4. Admitted.

5. Admitted.

6. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

7. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

8. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

9. The due process hearing complaint speaks for itself. This allegation is the pleader's interpretation of the document to which no response is required. If a response is required, then the same is denied.

10. Admitted.

11. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

12. The Hearing Officer's Determination ("HOD") speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required. If a response is required, then the same is denied.

13. This allegation is the pleader's interpretation of the Hearing Officer's reasoning to which no response is required. If a response is required, then the same is denied.

14. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-13.

15. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

16. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-15.

17. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

18. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-17.

19. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

20. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-19.

21. These allegations are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The decision of the hearing officer at issue is supported by substantial evidence, is in accordance with the applicable law, and should be affirmed by this Court as a matter of law.

### THIRD AFFIRMATIVE DEFENSE

Pursuant to D.C. Rule 3.7, a Court appointed educational advocate is prohibited from acting as both Plaintiff and counsel of record.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**June 4, 2007**