# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM HOUSTON, et al.,                    :
                                            :
    Plaintiffs                              :
                                            :
      v.                                    : **CIVIL ACTION NO. 06-2117 (JR)**
                                            :
DISTRICT OF COLUMBIA,                       :
                                            :
    Defendant.                              :
_____            :

## STIPULATION OF VOLUNTARY DISMISSAL

    COMES NOW, the Plaintiffs and Defendant, by and through respective counsel, and

hereby stipulate to the voluntary dismissal of the instant case pursuant to Fed. R. Civ. P.

41(a)(1)(ii).

DATE:  June 12, 2007                    Respectfully Submitted,

                                               /s/
                                 William E. Houston, Esq.
                                 Counsel for the Plaintiffs
                                 D.C. Bar No. 450223
                                 Dalton, Dalton, & Houston, P.C.
                                 1008 Pendleton Street
                                 Alexandria, Virginia 22314
                                 (703) 739-4300 (ph)
                                 (703) 739-2323 (fax)

                                           /s/
                                 VERONICA A. PORTER (412273)
                                 Assistant Attorney General for the
                                       District of Columbia
                                 Civil Litigation Division
                                 Equity Section Two
                                 441 Fourth Street, N.W., Sixth Floor South
                                 Washington, D.C. 20001
                                 (202) 724-6651 (phone)
                                 (202) 727-3625 (facsimile)
                                 veronica2.porter@dc.gov